**Marion L. THOMAS, Appellant,**

v.

**Alice L. THOMAS, Respondent.**

**Nos. 45022, 45079.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Oct. 11, 1983.

William G. Reeves, Farmington, for appellant.

Michael Maynard, Flat River, for respondent.

## ORDER

PER CURIAM.

The parties filed cross appeals in this dissolution proceeding. The judgment is affirmed in accordance with Rule 84.16(b).

All concur.

**Andrew J. JACKSON, Appellant,**

v.

**Pinkie B. JACKSON, Respondent.**

**No. 45648.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 11, 1983.

Dennis Neil Smith, St. Louis, for appellant.

Susan M. Hais, Clayton, for respondent.

## ORDER

PER CURIAM.

This is an appeal from a dissolution of marriage.

The judgment of the trial court is affirmed. Rule 84.16(b).